```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                       THOMASVILLE DIVISION
```

MORRIS DWAYNE GREEN,              *

     Petitioner,              *

vs.                               *
                                          CASE NO. 6:02-CR-04-002(CDL)
UNITED STATES OF AMERICA,         *        6:06-CV-17-CDL

     Respondent.               *

                                        *

<u>ORDER ON REPORT AND RECOMMENDATION</u>
<u>OF UNITED STATES MAGISTRATE JUDGE</u>

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 15, 2006, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 2nd day of October, 2006.

                                                      S/Clay D. Land
                                                        CLAY D. LAND
                                          UNITED STATES DISTRICT JUDGE